FILED

09/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0320

_____

THOMAS ALVARADO,

     Plaintiff and Appellant,

    v.

                                  O R D E R

CORRECTIONAL CORPORATION OF
AMERICA, et al.,

     Defendants and Appellees.

_____

On August 18, 2021, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 10(2), (4), and (7)(e)(i) and ordered Appellant to correct the brief and file it no later than 10 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than September 21, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Thomas Alvarado personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2021